IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

| | |
|---|---|
| **BETTY BOWMAN** | * |
| **ADC # 707881** | * |
| | * |
| **Plaintiff** | * |
| | * |
| v. | *    Case No. 1:06CV00040 SWW/JFF |
| | * |
| **BOBBY HAGER,** *et al.* | * |
| | * |
| **Defendants** | * |

## ORDER

The Court has received a proposed Recommended Disposition from Magistrate Judge John F. Forster, Jr. There have been no objections filed. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, the Plaintiff's Complaint (docket entry #2) is dismissed with prejudice based upon her failure to state a claim upon which relief can be granted; the pending motion to amend complaint (docket entry #3) is dismissed as moot; and the dismissal shall count as a strike for purposes of 28 U.S.C. Section 1915(g).

IT IS SO ORDERED this 18th of December 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

1