# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

| | | |
|---|---|---|
| **BETTY BOWMAN** | * | |
| **ADC # 707881** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 1:06CV00040 SWW/JFF |
| | * | |
| **BOBBY HAGER,** *et al.* | * | |
| | * | |
| **Defendants** | * | |

## JUDGMENT

Consistent with the Memorandum Opinion and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 18th day of December 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE